# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 23-CR-0901-RBM |
|---|---|
| Plaintiff, | **JUDGMENT AND ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS THE INDICTMENT AS TO CLARIBEL CALDERON ONLY, WITHOUT PREJUDICE** |
| v. | |
| CLARIBEL CALDERON (D3), | |
| Defendant | |

Upon the motion of the United States, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Indictment against Defendant Claribel Calderon in this case is dismissed without prejudice.

SO ORDERED.

DATED: August 16, 2023

_____
HONORABLE RUTH B. MONTENEGRO
UNITED STATES MAGISTRATE JUDGE